1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Jose Trujillo

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | JOSE TRUJILLO,                              ) No.  5:16-cv-06569-LHK
13 |                                             )
   |           Plaintiff,                        ) **STIPULATION FOR DISMISSAL OF**
14 |                                             ) **ENTIRE ACTION; PROPOSED ORDER**
   |      vs.                                    )
15 |                                             )
   | EL GRULLENSE JAL HLLM; HECTOR              )
16 | LLAMAS HERNANDEZ;                           )
   |                                             )
17 |           Defendants.                       )
   |                                             )
18 |                                             )
   |_____)
19

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and Defendants, El Grullense JAL HLLM; and Hector Llamas Hernandez, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: March 3, 2017                           MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo

Dated: March 3, 2017                           SWEENEY, MASON, WILSON
                                               & BOSOMWORTH

*/s/ Christopher J. Olson*
Christopher J. Olson
Attorneys for Defendants,
El Grullense JAL HLLM; and
Hector Llamas Hernandez

## **ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: _____                         _____
                                               United States District Judge