1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  M<small>ISSION</small> L<small>AW</small> F<small>IRM</small>, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Jose Trujillo

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | JOSE TRUJILLO,                          ) No.  5:16-cv-06569-LHK
13 |                                          )
   |         Plaintiff,                      ) **STIPULATION FOR DISMISSAL OF**
14 |                                          ) **ENTIRE ACTION;** ~~**PROPOSED**~~ **ORDER**
   |     vs.                                  )
15 |                                          )
   | EL GRULLENSE JAL HLLM; HECTOR            )
16 | LLAMAS HERNANDEZ;                        )
   |                                          )
17 |                                          )
   |         Defendants.                      )
18 |                                          )
   |                                          )
19 |_____)

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION; ~~PROPOSED~~ ORDER

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and Defendants, El Grullense JAL HLLM; and Hector Llamas Hernandez, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: March 3, 2017                    MISSION LAW FIRM, A.P.C.

                                        */s/ Zachary M. Best*
                                        Zachary M. Best
                                        Attorneys for Plaintiff,
                                        Jose Trujillo

Dated: March 3, 2017                    SWEENEY, MASON, WILSON
                                        & BOSOMWORTH

                                        */s/ Christopher J. Olson*
                                        Christopher J. Olson
                                        Attorneys for Defendants,
                                        El Grullense JAL HLLM; and
                                        Hector Llamas Hernandez

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 6, 2017                    *Lucy H. Koh*
                                        United States District Judge